Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-432-223**

**Effective Date of Registration:**
January 15, 2025

**Registration Decision Date:**
February 11, 2025

## Title

**Title of Work:** Seamless Red Green and Yellow Chili Pepper Pattern in Black Background

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** October 17, 2019
**Nation of 1st Publication:** Philippines

## Author

- **Author:** Ian Paul Lusung
  **Pseudonym:** ianlusung
  **Author Created:** 2-D artwork
  **Citizen of:** Philippines

## Copyright Claimant

**Copyright Claimant:** Ian Paul Lusung
No. 267, M.H. Del Pilar Street, Davsan 2, Sindalan, City of San Fernando, Pampanga, 2000, Philippines

## Rights and Permissions

**Name:** Ian Paul Lusung
**Email:** iplusung@gmail.com
**Address:** No. 267, M.H. Del Pilar Street, Davsan 2, Sindalan, City of San Fernando Pampanga 2000 Philippines

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-431-361**

**Effective Date of Registration:**
January 15, 2025
**Registration Decision Date:**
February 05, 2025

## Title

    **Title of Work:** Seamless Red and Green Chili Pepper Pattern in Black Background

## Completion/Publication

    **Year of Completion:** 2019
    **Date of 1st Publication:** October 16, 2019
    **Nation of 1st Publication:** Philippines

## Author

-     **Author:** Ian Paul Lusung
    **Pseudonym:** ianlusung
    **Author Created:** 2-D artwork
    **Citizen of:** Philippines

## Copyright Claimant

    **Copyright Claimant:** Ian Paul Lusung
    No. 267, M.H. Del Pilar Street, Davsan 2, Sindalan, City of San Fernando, Pampanga, 2000, Philippines

## Rights and Permissions

    **Name:** Ian Paul Lusung
    **Email:** iplusung@gmail.com
    **Address:** No. 267, M.H. Del Pilar Street, Davsan 2,
    Sindalan, City of San Fernando
    Pampanga 2000 Philippines

## Certification

